IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
COUNTY DEPARTMENT, LAW DIVISION

| | | |
|---|---|---|
| LISA ROSADO, | ) | |
|     Plaintiff, | ) | |
| v. | ) | NO. |
| SYNTHES USA SALES, LLC d/b/a SYNTHES USA, | ) | |
|     Defendant. | ) | |

109186
Att. No. 40896

## COMPLAINT AT LAW

NOW COMES the plaintiff, LISA ROSADO, by and through her attorneys, DWYER & McDEVITT, LTD., and in support of her complaint at law against the defendant, SYNTHES USA SALES, LLC d/b/a SYNTHES USA, hereby states as follows:

1. On and before September 14, 2009, SYNTHES USA SALES, LLC d/b/a SYNTHES USA was a foreign corporation licensed to do business in the State of Illinois, and in the business of developing, producing and marketing instruments, implants and biomaterials for the surgical fixation, correction and regeneration of the skeleton and its soft tissues.

2. Prior to September 14, 2009, SYNTHES USA SALES, LLC d/b/a SYNTHES USA manufactured and distributed the Synex II Central Body component.

3. The Synex II Central Body component was designed as a vertebral body replacement intended for use in the thoracolumbar spine to replace a collapsed, damaged or unstable vertebral body due to tumor or trauma.

4. At all times herein relevant, LISA ROSADO was a resident of the City of Chicago, County of Cook and State of Illinois.



EXHIBIT A

5. On August 27, 2008, LISA ROSADO underwent an L1 corpectomy and T12-L2 fusion procedure at John Stroger Hospital, Cook County, Illinois.

6. The August 27, 2008 L1 corpectomy necessitated the implantation of a Synex II Central Body component.

7. On September 14, 2009, the Synex II Central Body component manufactured and distributed by SYNTHES USA SALES, LLC d/b/a SYNTHES USA was subject to a recall due to reports of loss of vertebral body replacement height in patients with the implant.

8. At the time it left the control of SYNTHES USA SALES, LLC d/b/a SYNTHES USA, the Synex II Central Body component was not reasonably safe for its intended use in one or more or all of the following respects:

    (a) The Synex II Central Body component was subject to collapse;

    (b) The Synex II Central Body component was subject to fail;

    (c) The Synex II Central Body component did not effectively serve as a vertebral implant;

    (d) Use of the Synex II Central Body component predisposed patients to nerve injury, pain, compression fracture, failure of fixation and/or need for (re)operation to modify the implanted device.

9. That as a direct and proximate result of one or more or all of the aforesaid unreasonably dangerous conditions, LISA ROSADO is predisposed to an increased risk of future harm, including nerve injury, pain, compression fracture in the thoracolumbar spine, failure of the fixation and/or need for reoperation or operation to modify the implanted device, as well as an increased risk of pain, suffering and disability as a consequence of the implantation of the Synex II Central Body component on August 27, 2008.

WHEREFORE, the plaintiff, LISA ROSADO, prays that this Court enter judgment in her favor and against the defendant, SYNTHES USA SALES, LLC d/b/a SYNTHES USA, in an amount exceeding $50,000.00, plus costs.

_____
John J. Dwyer, Jr.

John J. Dwyer, Jr.
Dwyer & McDevitt, Ltd.
221 North LaSalle Street
Suite 1600
Chicago, Illinois 60601
(312) 332-0072